

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAY 26 AM 10: 55

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SYLVESTER DAVIS | ) | INDICTMENT NO. CR405-00020-001 |

## ORDER

On May 11, 2009, the Court received correspondence from the United States Bureau of Prisons indicating that Defendant has requested credit toward his federal sentence for time spent in state custody (a "retroactive concurrent designation"). The Court has reviewed Defendant's case and notes that Defendant's state custodial sentence was imposed for conduct related to Defendant's federal criminal conduct. To be precise, the conduct underlying Defendant's state conviction was the basis for a guidelines enhancement in Defendant's federal case.

Given these facts, the Court intends for Defendant to receive the custodial credit, or "retroactive concurrent designation," that he requests.

SO ORDERED, this 26th day of May, 2009.

_____
William T. Moore, Jr.
Chief Judge, U. S. District Court